## HANEMANN *v.* FLORIDA

No. 5156.  Decided October 12, 1970

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the District Court of Appeal of Florida, First District, for consideration in light of *Ashe* v. *Swenson,* 397 U. S. 436.

## HALL *v.* UNITED STATES

No. 5191.  Decided October 12, 1970

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Middle District of Alabama with directions to dismiss the complaint as moot.